IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Chad Stalnaker, also known as, )<br>Chad Patrick Stalnaker, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Petitioner, )<br>　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>Warden Martell of MacDougall, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Respondent. )<br>_____ ) | Civil Action No. 5:23-cv-1335-BHH<br><br>**ORDER** |

　　　　On March 18, 2024, this Court entered an order adopting the Magistrate Judge's Report and Recommendation without objection and granting Respondent's motion for summary judgment as to Petitioner Chad Stalnaker's (" Petitioner" or "Stalnaker") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (ECF No. 41.)  However, later the same day, the Court also received a motion for extension of time to file objections from Petitioner, which was signed on March 12, 2024, and was postmarked March 13, 2024. (ECF Nos. 44 at 2, 44-2 at 1.)  In his motion, Petitioner asserts that he did not receive the Magistrate Judge's Report until March 12, 2024, and he asks for an extension of time to file his objections to the Report.

　　　　After review, therefore, the Court hereby **vacates** its order adopting the Magistrate Judge's Report without objection (ECF No. 41), and the Court **grants** Petitioner's motion for an extension of time to file objections (ECF No. 44).  **The Court instructs Petitioner to file his objections to the Magistrate Judge's Report on or before April 8, 2024.**

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

March 20, 2024
Charleston, South Carolina